UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 MAR -5 AM 8:47

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20CR 029 |
| Plaintiff, | JUDGE J. BARRETT |
| v. | |
| NAPOLEON CRAWFORD, | **INDICTMENT** |
| Defendant. | 18 U.S.C. § 641 (Counts One and Two) |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Theft of Public Money)

From in or about December 2016, and continuing through in or about January 2020, in the Southern District of Ohio, the defendant, **NAPOLEON CRAWFORD**, on a recurring basis, did knowingly and willfully embezzle, steal, purloin, convert to his own use and the use of another, and without authority sell, convey and dispose of money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $42,103.

**In violation of Title 18, United States Code, Section 641.**

## COUNT 2
### (Theft of Public Money)

From in or about December 2016, and continuing through in or about January 2020, in the Southern District of Ohio, the defendant, **NAPOLEON CRAWFORD**, on a recurring basis, did knowingly and willfully embezzle, steal, purloin, convert to his own use and the use of another, and without authority sell, convey and dispose of money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Department of Defense benefits having a value of approximately $41,609.

**In violation of Title 18, United States Code, Section 641.**

A TRUE BILL

/s/
_____
GRAND JURY FOREPERSON

**DAVID M. DEVILLERS**
**UNITED STATES ATTORNEY**

_____
**TIMOTHY LANDRY**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**